# Court of Appeals
# of the State of Georgia

ATLANTA, July 15, 2025

*The Court of Appeals hereby passes the following order:*

**A25A2038. ROINETTE L. HURST v. ERIC B. HURST.**

In this divorce action, the trial court entered an order modifying child custody and finding Roinette Hurst in contempt of the court's domestic standing order. Roinette directly appeals from that order. We, however, lack jurisdiction.

Because the action is pending, Roinette was required to follow the interlocutory appeal procedure and obtain a certificate of immediate review in order to appeal. See OCGA § 5-6-34 (b); *Onyemobi v. Onyemobi*, ___ Ga. App. ___, Case No. A25A0570 (May 29, 2025) (to challenge interlocutory custody rulings in divorce cases, parties must comply with interlocutory appeal procedure). Parties must comply with this procedure to challenge interlocutory orders even if the discretionary application statute is also implicated. See *Bailey v. Bailey*, 266 Ga. 832, 832-833 (471 SE2d 213) (1996); OCGA § 5-6-35 (a) (2), (b) (appeals in domestic relations cases ordinarily must be initiated by discretionary application). Because Roinette did not follow the proper appeal procedure, we lack jurisdiction and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/15/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*